■ MARIA DE MAIO, an Infant, by Her Father, FRANCESCO DE MAIO, et al., Respondents, v S. THOMAS COPPOLA et al., Appellants.—In a medical malpractice action, defendants appeal from so much of an order of the Supreme Court, Kings County, dated September 19, 1975, as (1) granted the branch of plaintiffs' motion which sought to set aside the stipulation of discontinuance as to the infant plaintiff and (2) restored the action to the Trial Calendar for jury selection. Order reversed insofar as appealed from, without costs or disbursements, and motion remanded to Special Term for a hearing, before a Judge other than the one who made the order under review, to determine whether the testimony of plaintiff's expert witness establishes a causal connection between the prescribed drug and the injury; if such a connection is established, the Hearing Judge is to set aside the stipulation as to the infant plaintiff; if not, the motion as to her is to be denied. The above disposition was agreed to by counsel for the parties upon the argument of the appeal. Gulotta, P. J., Martuscello, Latham, Cohalan and Shapiro, JJ., concur.

■ ROSE DREHER, as Executrix of REUBEN DREHER, Deceased, Appellant, v MARVIN LEVY et al., Respondents.—In an action *inter alia* for an accounting, plaintiff appeals from an order of the Supreme Court, Westchester County, entered December 31, 1975, which denied her motion for summary judgment. Order affirmed, without costs or disbursements. In our opinion, the record in this case is not so clear as to warrant summary judgment. Hopkins, Acting P. J., Martuscello, Latham, Shapiro and Hawkins, JJ., concur.

■ Rose S. King, Respondent, v LOUIS CARDAMONE et al., Defendants, and KASTAR, INCORPORATED, Appellant.—Judgment of the Supreme Court, Queens County, dated February 27, 1975, affirmed, with costs, upon the opinion of Mr. Justice Brown at Trial Term. Hopkins, Acting P. J., Cohalan, Damiani, Christ and Titone, JJ., concur. [86 Misc 2d 625.]

■ KORDET COLOR CORPORATION, Respondent, v PRINTING PLACEMENT SERVICE, INC., Appellant.—In an action *inter alia* to recover for work, labor and services, defendant appeals from an order of the Supreme Court, Nassau County, dated July 11, 1975, which denied its motion to vacate a judgment entered against it on default. Order affirmed, with $50 costs and disbursements. In our opinion, defendant did not demonstrate a valid excuse for its default or to warrant vacating the judgment; nor did it demonstrate a meritorious defense to the action. Gulotta, P. J., Martuscello, Latham, Cohalan and Shapiro, JJ., concur.